**Rush COPE, Appellant, v. STATE of Texas, Appellee.**

**No. 22859.**

Court of Criminal Appeals of Texas.

March 22, 1944.

Alex P. Pope, of Tyler, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for theft of property over the value of $50. The punishment assessed is confinement in the state penitentiary for a period of two years.

Since perfecting his appeal, appellant has filed a written motion, duly verified, requesting the privilege of withdrawing said appeal. The motion is granted and the appeal is ordered dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**Lee LEWIS, Appellant, v. STATE of Texas, Appellee.**

**No. 22817.**

Court of Criminal Appeals of Texas.

April 5, 1944.

C. O. McMillan, of Stephenville, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted for the possession of nine pints of whisky in a dry area for the purpose of sale and was assessed a fine of $300.

The record presents nothing for our consideration.

The judgment of the trial court is affirmed.

**Lee LEWIS, Appellant, v. STATE of Texas, Appellee.**

**No. 22818.**

Court of Criminal Appeals of Texas.

April 5, 1944.

C. O. McMillan, of Stephenville, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted for the sale of one pint of whisky to Robert H. Williams in a dry area and was fined $250.

The record presents nothing for our consideration.

The judgment of the trial court is affirmed.

**Lee LEWIS, Appellant, v. STATE of Texas, Appellee.**

**No. 22819.**

Court of Criminal Appeals of Texas.

April 5, 1944.

C. O. McMillan, of Stephenville, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted for the sale of one pint of whisky to W. L. Hudson in a dry area and assessed a fine of $100.

The record presents nothing for our consideration.

The judgment of the trial court is affirmed.